**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BARTLEY M. MULLEN, JR. and JILL MCKENZIE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN EAGLE OUTFITTERS, INC.,<br><br>Defendant. | Case No. 2:19-cv-01278-DSC -MPK |

## STIPULATION OF DISMISSAL

Plaintiffs Bartley M. Mullen, Jr. and Jill McKenzie (collectively, "Plaintiffs") and Defendant American Eagle Outfitters, Inc. ("Defendant"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1.  This action shall be DISMISSED with prejudice as between Plaintiffs and Defendant;

2.  No motion for class certification has been filed, and no class has been certified in this action. Therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3.  Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: March 5, 2021

Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
**CARLSON LYNCH, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412-322-9243
bcarlson@carlsonlynch.com

*/s/ Thomas M. Pohl*
Thomas M. Pohl
Burns White LLC
Burns White Center
48 26th Street
Pittsburgh, PA 15222
Email: tmpohl@burnswhite.com

*Attorneys for Plaintiffs*

*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on March 5, 2021.


/s/ R. Bruce Carlson
R. Bruce Carlson