UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARTLEY M. MULLEN, JR. and JILL MCKENZIE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN EAGLE OUTFITTERS, INC.,<br><br>Defendant. | Case No. 2:19-cv-01278-DSC -MPK |

**STIPULATION OF DISMISSAL**

Plaintiffs Bartley M. Mullen, Jr. and Jill McKenzie (collectively, "Plaintiffs") and Defendant American Eagle Outfitters, Inc. ("Defendant"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiffs and Defendant;

2. No motion for class certification has been filed, and no class has been certified in this action. Therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Date: March 8, 2021

SO ORDERED:
s/ David S. Cercone
Sr. U.S. District Judge